In light of the Alabama Supreme Court's recent opinion inEx parte Seymour, 946 So.2d 536 (Ala. 2006), I do not believe that a criminal defendant's pleading guilty to a crime that is not a lesser-included offense of the offense charged in the indictment is a defect that deprives a trial court of jurisdiction. See, e.g., Cobb v. State, [Ms. CR-05-0422, September 29, 2006] ___ So.2d ___, ____ (Ala.Crim.App. 2006) (opinion on application for rehearing), and Taylor v. State, 953 So.2d 429
(Ala.Crim.App. 2006). Therefore, because this issue is not jurisdictional and because it was not raised at trial and has not been raised on appeal, I respectfully dissent.
 *Page 599